## United States District Court for the Northern District of Illinois

Case Number: 08-50182　　　　　　Assigned/Issued By: pb

---

### FEE INFORMATION

**Amount Due:**　☐ $350.00　☐ $39.00　☐ $5.00
　　　　　　　　☐ IFP　　　☐ No Fee　☐ Other _____

*FILED SEP 03 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　Receipt #: _____

Date Paid: _____　　　　Fiscal Clerk: _____

---

### ISSUANCES

**Type Of Issuance:**
☒ ~~Summons~~ Subpoena　　　　☐ Alias Summons
☐ Third Party Summons　　　　☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
　　　(Type of Writ)

Original and ___0___ copies on __9/3/08__ as to __Illinois Dept of Employment Security__
　　　　　　　　　　　　　　(Date)

C:\wpwin80\docket\fecinfo.frm  01/01